IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FORT BENNING FAMILY COMMUNITIES, LLC, : : : Plaintiff, : v. : DAVID P. THOMPSON, : : Defendant. : | : : : CASE NO. 4:12-CV-81-CDL-MSH : : : : |

## REPORT AND RECOMMENDATION

Plaintiff filed a complaint for dispossessory against Defendant David Thompson on April 10, 2012.  Mr. Thompson failed to answer and Plaintiff filed a Motion for Entry of Default (ECF No. 7) on May 8, 2012.  The Clerk entered an Entry of Default against Defendant on that same day.  On May 23, 2012, the Court held an evidentiary hearing to determine the amount of damages owed to Plaintiff by Defendant.  Defendant appeared at the evidentiary hearing and admitted to the contents of Plaintiff's complaint and to owing Plaintiff damages in the amount of $2905.46, inclusive of court costs and fees.

It is therefore recommended that judgment be entered for the Plaintiff based on Defendant's consent to the entry of judgment and the relief sought by Plaintiff.  Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff may file objections to this Recommendation in writing with the United States District Judge within FOURTEEN (14) days after being served with a copy hereof.

SO RECOMMENDED, this 1st day of June, 2012.

                                                        S/Stephen Hyles
                                                        UNITED STATES MAGISTRATE JUDGE