IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

FORT BENNING FAMILY COMMUNITIES,   *
LLC,
                                                   *
      Plaintiff,
                                                   *
vs.
                                                   *    CASE NO. 4:12-CV-81 (CDL)
DAVID P. THOMPSON,
                                                 *
      Defendant.
                                               *

ORDER ON REPORT AND RECOMMENDATION

     This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on June 1, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

     IT IS SO ORDERED, this 2nd day of July, 2012.

                                                      s/Clay D. Land
                                                      CLAY D. LAND
                                                      UNITED STATES DISTRICT JUDGE